NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FISCHER S.A. COMERCIO, INDUSTRIA AND AGRICULTURA AND CITROSUCO NORTH AMERICA, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**FLORIDA CITRUS MUTUAL, A. DUDA & SONS, CITRUS WORLD, INC., AND SOUTHERN GARDENS CITRUS PROCESSING CORPORATION,**
*Defendants-Appellees.*

---

2011-1152

---

Appeal from the United States Court of International Trade in case no. 08-CV-0277, Judge Gregory W. Carman.

---

**ON MOTION**

---

**ORDER**

Fischer S.A. Comercio, Industria and Agricultura and Citrosuco North America, Inc. move for an 120-day extension of time, until July 5, 2011, to file their brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted in part. The appellants' opening brief is due May 6, 2011. No further extensions should be anticipated.

FOR THE COURT

**FEB 0 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert G. Kalik, Esq.
    Patryk J. Drescher, Esq.
    Matthew T. McGrath, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2011

JAN HORBALY
CLERK